THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW
YORK LODGE No. 1 OF THE BENEVOLENT AND PRO-
TECTIVE ORDER OF ELKS, Appellant, *v.* LAWSON
PURDY et al., as Commissioners of Taxes and Assess-
ments of the City of New York, Respondents.

*People ex rel. N. Y. Lodge No. 1, B. P. O. E. v. Purdy,* 179 App.
Div. 805, affirmed.

(Argued November 12, 1918; decided November 26, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 2, 1918, which reversed an order of Special
Term vacating an assessment for taxation against real
property of the relator and confirmed said assessment.
The relator claimed exemption under subdivision 7 of
section 4 of the Tax Law. The Appellate Division held
that the property in question, which was used largely
for club and social purposes, was not within either the
letter or the spirit of the exemption clause of the statute.

*Herbert C. Smyth* and *Maurice Deiches* for appellant.

*William P. Burr,* Corporation Counsel (*William H.
King* and *Jesse F. Orton* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, McLAUGHLIN and CRANE, JJ.